```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

Theo Bosa

    v.                              Case No. 20-cv-262-PB

Northern New Hampshire Correctional
Facility Warden, Corey Riendeau

## ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated February 28, 2020, deny without prejudice the § 2241 petition, and direct the clerk of court to close this case. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                                  /s/Paul Barbadoro
                                                  Paul Barbadoro
                                                  United States District Judge

Date: April 13, 2020

cc: Theo Bosa, pro se